IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TRIPATH TECHNOLOGY INC., SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br>_____ | Master File No. C-04-4681-SBA<br><br>**ORDER** |

On December 22, 2004, this Court entered an Order consolidating this action and directing the Lead Plaintiff to file a consolidated complaint within sixty (60) days after being appointed by the Court [Docket No. 7].

On January 28, 2005, the Court entered an Order appointing Lead Plaintiff and Lead Counsel [Docket No. 41].

On March 10, 2005, this Court granted Lead Plaintiff an extension of time to file the consolidated complaint from March 29, 2005 to May 31, 2005 so that the parties could explore the potential settlement of this action [Docket No. 48].

On May 10, 2005, the parties submitted a stipulation requesting an additional two-and-a-half-month extension of time for Lead Plaintiff to file the consolidated complaint so that the parties could further explore settlement discussions [Docket No. 49].

For good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Lead Plaintiff's time for filing the consolidated complaint shall be extended from **May 31, 2005 to June 28, 2005**.

2. Defendants shall respond to the consolidated complaint on or before **August 9, 2005.**

//

3. If relevant, Lead Plaintiff shall file an opposition to Defendants' response on or before **September 20, 2005.**

4. Defendants shall file their reply, if any, on or before **October 11, 2005.**

IT IS SO ORDERED.

Dated: 5-16-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge