MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
KRISTEN McCULLOCH (SBN177558)
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TRIPATH TECHNOLOGY INC., SECURITIES LITIGATION | Case No. C-04-4681 SBA |
| This Document Relates To: ALL ACTIONS | STIPULATION AND ORDER REVISING DATES FOR CLASS NOTICE AND FINAL APPROVAL OF SETTLEMENT |

STIPULATION & [PROPOSED] ORDER REVISING DATES FOR CLASS NOTICE AND FINAL
APPROVAL OF SETTLEMENT
CASE NO.: C-04-4681 SBA
DOCS\325413v1

On October 20, 2005, the Court entered the agreed Preliminary Order for Notice and Hearing in Connection with Settlement Proceedings setting dates for class notice and final approval. Plaintiff's counsel were not able to complete the printing, mailing and publication of notice by the November 4, 2005 date provided in that Order, in part due to a miscommunication relating to the recent departure of one of the attorneys with a significant role on the case. Counsel conferred and agreed on a new schedule to accomplish class notice and set the final approval hearing, subject to the Court's convenience.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, that the dates for class-related notices, and matters related to the final approval hearing be revised, as follows:

1. The deadline for mailing Notice to the Class (Preliminary Approval Order, ¶8) be reset from November 4, 2005 to December 30, 2005;

2. The deadline for the Publication Notice to be published in the national edition of Investor's Business Daily (Preliminary Approval Order, ¶9) be set for January 9, 2006 (10 days within mailing of Notice);

3. The deadline for requesting exclusion from the Class (Preliminary Approval Order, ¶12) and deadline for filing objections to the settlement (Preliminary Approval Order, ¶¶12, 14) be reset from December 19, 2005 to February 13, 2006;

4. The date for submission of briefs in support of final approval, attorney's fees and costs be set for March 6, 2006 (20 days after the deadline to object and 35 days before the hearing);

5. The Settlement Fairness Hearing (Preliminary Approval Order, ¶4) be reset from January 24, 2006 to April 11, 2006, at 1:00 p.m.; and

STIPULATION & [PROPOSED] ORDER REVISING DATES FOR CLASS NOTICE AND FINAL APPROVAL OF SETTLEMENT
CASE NO.: C-04-4681 SBA
DOCS\325413v1

1

1     6.     The deadline for submission of Proofs of Claim (Preliminary Approval Order, ¶11(a))

2 be reset from February 23, 2006 to May 29, 2006.

3 DATED: December 14, 2005                   MILBERG WEISS BERSHAD &
                                                                        SCHULMAN LLP
                                                                 JEFF S. WESTERMAN
                                                                 KRISTEN McCULLOCH

By:         /s/ JEFF S. WESTERMAN
                 JEFF S. WESTERMAN

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for Plaintiffs

DATED: December 14, 2005                  HOWARD RICE NEMEROVSKI CANADY
                                                      FALK & RABKIN
                                              GILBERT R. SEROTA
                                              SARAH A. GOOD
                                              CLARA J. SHIN

By:         /s/ SARAH A. GOOD
                 SARAH A. GOOD

Three Embarcadero Center, Suite 700
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910

Attorneys for Tripath Technology Inc.

DATED:   December 14, 2005              FENWICK & WEST LLP
                                        SUSAN S. MUCK
                                        RACHAEL G. SAMBERG


                                By:   _____/s/ RACHAEL G. SAMBERG_____
                                             RACHAEL G. SAMBERG

                                        Embarcadero Center West
                                        275 Battery Street
                                        San Francisco, CA  94111
                                        Telephone:  (415) 875-2300
                                        Facsimile:  (415) 281-1350

                                        Attorneys for Adya S. Tripathi and David P. Eichler

\*   \*   \*

## ORDER

Pursuant to the parties' stipulation, the date in the Preliminary Order for Notice and Hearing in Connection with Settlement Proceedings dated August 29, 2005 are hereby revised as follows:

1. The deadline for mailing Notice to the Class (Preliminary Approval Order, ¶8) be reset from November 4, 2005 to December 30, 2005;

2. The deadline for the Publication Notice to be published in the national edition of Investor's Business Daily (Preliminary Approval Order, ¶9) be set for January 9, 2006 (10 days within mailing of Notice);

3. The deadline for requesting exclusion from the Class (Preliminary Approval Order, ¶12) and deadline for filing objections to the settlement (Preliminary Approval Order, ¶¶12, 14) be reset from December 19, 2005 to February 13, 2006;

4. The date for submission of briefs in support of final approval, attorney's fees and costs be set for March 6, 2006 (20 days after the deadline to object and 35 days before the hearing);

5. The Settlement Fairness Hearing (Preliminary Approval Order, ¶4) be reset from January 24, 2006 to April 11, 2006, at 1:00 p.m.; and

STIPULATION & [PROPOSED] ORDER REVISING DATES FOR CLASS NOTICE AND FINAL APPROVAL OF SETTLEMENT
CASE NO.:  C-04-4681 SBA
DOCS\325413v1

3

6. The deadline for submission of Proofs of Claim (Preliminary Approval Order, ¶11(a)) be reset from February 23, 2006 to May 29, 2006.

IT IS SO ORDERED.

DATED: 12/14/05

*Saundra B. Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER REVISING DATES FOR CLASS NOTICE AND FINAL APPROVAL OF SETTLEMENT
CASE NO.: C-04-4681 SBA
DOCS\325413v1

4

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on December 14, 2005, declarant served the STIPULATION AND [PROPOSED] ORDER REVISING DATES FOR CLASS NOTICE, AND FINAL APPROVAL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2005, at Los Angeles, California.

                                               /s/ ANN MARIE GENOVESE
                                                ANN MARIE GENOVESE

STIPULATION & [PROPOSED] ORDER REVISING DATES FOR CLASS NOTICE AND FINAL APPROVAL OF SETTLEMENT
CASE NO.: C-04-4681 SBA
DOCS\325413v1

3

# TRIPATH TECHNOLOGY, INC.

## Service List

*Counsel for Plaintiffs*

Jeff S. Westerman
Kristen McCulloch
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
355 South Grand Ave., Suite 4170
Los Angeles, CA 90071
Tel.: (213) 617-1200
Fax: (213) 617-1975

*Counsel for Defendants*

| | |
|---|---|
| Gilbert R. Serota | Susan S. Muck |
| Clara J. Shin | Rachael G. Samberg |
| Sarah A. Good | **FENWICK & WEST LLP** |
| **HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN** | Embarcadero Center West |
| Three Embarcadero Center, Suite 700 | 275 Battery Street |
| San Francisco, CA 94111-4065 | San Francisco, CA 94111 |
| Tel.: (415) 434-1600 | Tel: (415) 875-2300 |
| Fax: (415) 217-5910 | Fax: (415) 281-1350 |

STIPULATION & [PROPOSED] ORDER REVISING DATES FOR CLASS NOTICE AND FINAL APPROVAL OF SETTLEMENT
CASE NO.: C-04-4681 SBA
DOCS\325413v1

4